**Espinosa Law, LLC.**
Cesar Hernandez, Esq.
NJ Bar ID: 406932025
128 S. Warren St.
Trenton, NJ 08608
P. 609-994-5800
Attorneys for Petitioner

**To: Judge Robert Kirsch's Chambers**

Honorable Judge Robert Kirsch
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

Re: **Tirado Carabali v. Soto, et al.** Civil Action No. 3:26-cv-04532-RK - Petitioner: **Juan Carlos Tirado Carabali**
Subject: **Voluntary Withdrawal and Requested Dismissal of Habeas Petition**

Dear Judge Kirsch and Chambers Staff:

I write on behalf of Petitioner **Juan Carlos Tirado Carabali** in connection with the above-captioned habeas corpus proceeding, initiated by Verified Complaint/Petition and Application for an Order to Show Cause, upon which this Court entered an Order to Show Cause with Temporary Restraints. I write to respectfully advise the Court that Petitioner no longer wishes to proceed with this action.

After consultation with undersigned counsel, Petitioner has decided that he does not wish to pursue the pending habeas petition or a bond hearing before this Court, and instead wishes to conclude his immigration proceedings and depart the United States as soon as possible. Petitioner's decision is voluntary, informed, and made with a full understanding of its consequences, including the withdrawal of the request for release and the other relief sought in the Order to Show Cause.

Accordingly, Petitioner respectfully requests that the Court:

1. Dismiss the above-captioned habeas petition and discharge the Order to Show Cause entered in this matter;

2. Vacate the temporary restraint on Petitioner's transfer, to the extent it remains in effect, so as not to impede Petitioner's voluntary departure from the United States; and

3. Grant any further relief the Court deems just and proper.

Petitioner thanks the Court for its time and consideration, and undersigned counsel remains available to answer any questions the Court may have regarding this request.

Please direct any correspondence regarding this matter to the undersigned.

Respectfully submitted,

*/s/Cesar A. Hernandez*

Cesar Hernandez, Esq.
Espinosa Law, LLC.
128 South Warren Street
Trenton, NJ 08608
609-994-5800
chernandez8622@gmail.com
Counsel for Petitioner Juan Carlos Tirado Carabali

Cc: (AUSA of record / counsel for Respondents)

It is further ordered that this case shall be marked CLOSED.

So Ordered this _14th_ day of July, 2026.

_____

Robert Kirsch, U.S.D.J.